UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANDA AND SINGH, et al.

        Plaintiff(s),

v.

T-MOBILE USA, INC.

        Defendant(s).

CASE NO. 3:05-cv-3729 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

William Houck, an active member in good standing of the bar of Washington and Illinois, whose business address and telephone number is 4045 262nd AVE SE, Issaquah, WA 98029 (425) 392-7118, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10-4-05

Jeffrey S. White
United States District Judge