RECEIVED

05 OCT -3 PM 3: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KEVIN JANDA

             Plaintiff(s),

v.

T-MOBILE, USA, INC.

             Defendant(s).

CASE NO. C-05-03729SW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David E. Breskin, an active member in good standing of the bar of Washington State, whose business address and telephone number is Short Cressman & Burgess, 999 Third Avenue, 30th Floor, Seattle, WA 98104, (206) 682-3333, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs, Kevin Janda and Manjit Singh,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: OCT 6 2005

                                    JEFFREY S. WHITE
                                    United States District Judge