**Short Cressman & Burgess**
**David E. Breskin, (WSBA No. 10607 Admitted *Pro Hac Vice*)**
**Alex J. Rose,(WSBA No. 29474 Admitted *Pro Hac Vice*)**
**999 Third Avenue, Suite 3000**
**Seattle, WA  98104-4088**
**206-682-3333**

**William Houck**
**Houck Law Firm, P.S.**
**4045 262nd Ave SE**
**Issaquah,  WA  98029**
**(425) 6639240**

**Hunter Pyle, Esq.**
**Sundeen, Salinas, Romell & Pyle**
**1330 Broadway, Suite 1830**
**Oakland, CA  94612**
**(510) 663-9240**

**Attorneys for Plaintiff,**
**KEVIN JANDA and MANJIT SINGH**
**and all others similarly situated**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JANDA and MANJIT SINGH, on behalf of themselves and all others similarly situated and as private attorneys general on behalf of the members of the general public residing within the State of California,<br><br>                    Plaintiff,<br><br>          v.<br><br>T-MOBILE USA, INC., a foreign corporation,<br><br>                    Defendant. | Case No. C 05-03729 JSW<br><br>**[PROPOSED] ORDER TO PROCEED FIRST ON DECEMBER 16, 2005 CASE MANAGEMENT CONFERENCE CALENDAR**<br><br>Date: November 29, 2005<br>Time:<br>Place:<br><br>Judge:        Hon. Jeffrey S. White |

THIS MATTER having come on before the Honorable Jeffrey S. White of the above entitled Court, upon the Joint Stipulated Request to Proceed First on December 16, 2005 Case Management Conference Calendar, the Court having reviewed the request, the Court finding there is no prejudice to any party, now, therefore, it is hereby

1

ORDERED that the above entitled case be placed at the beginning of the 1:30 calendar in order to accommodate the travel requirements of counsel for the parties.

DATED this 30th day of November, 2005.

_____
The Honorable Jeffrey S. White

Presented by:

SHORT CRESSMAN & BURGESS PLLC


By____/s/ Alex J. Rose_____
David E. Breskin, WSBA No. 10607
Alex J. Rose, WSBA No. 29474
Admitted Pro Hac Vice
Attorneys for the Plaintiffs


DAVIS WRIGHT TREMAINE LLP


By_____/s/ Joseph Addiego III_____
Joseph Addiego III
Stephen Rummage
Attorneys for the Defendant
T-Mobile USA, Inc.

569409.1/025569.00001