Chamber's Copy

1  JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
2  One Embarcadero Center, Suite 600
   San Francisco, California 94111
3  Telephone:   (415) 276-6500
   Facsimile:   (415) 276-6599
4  Email:       joeaddiego@dwt.com

5  Attorneys for Defendant
   T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEVIN JANDA and MANJIT SINGH, on behalf ) Case No. C 05-03729 JSW
of themselves and all others similarly situated )
and as private attorneys general on behalf of the )
members of the general public residing within ) [PROPOSED] ORDER GRANTING
the State of California, ) APPLICATION BY STEPHEN M.
                                               ) RUMMAGE TO APPEAR PRO HAC
            Plaintiffs,                        ) VICE
                                               )
     v.                                        )
                                               )
T-MOBILE USA, INC., a foreign corporation,     )
                                               )
            Defendant.                         ) Judge:   Hon. Jeffrey S. White
                                               )

The Court has considered the applications of Stephen M. Rummage to appear pro hac vice in the above-entitled matter. The applications having met the requirements of L.R. 11-3, the applications are GRANTED. All papers filed by the attorneys shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the applications shall constitute notice to the party.

**IT IS SO ORDERED.**

Dated: DEC 0 1 2005, 2005

                                        _____
                                        Jeffrey S. White
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE PRO HAC VICE APPLICATION                                  1
Case No. C.05-03729 JSW

SFO 283523v1 48172-212