JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        joeaddiego@dwt.com

STEPHEN M. RUMMAGE (*pro hac vice*)
BRADLEY L. FISHER
DAVIS WRIGHT TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
Telephone:    (206) 622-3150
Facsimile:    (206) 628-7699
Email:        steverummage@dwt.com
              bradfisher@dwt.com

Attorneys for Defendant
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN JANDA and MANJIT SINGH, on behalf of themselves and all others similarly situated and as private attorneys general on behalf of the members of the general public residing within the State of California,<br><br>             Plaintiffs,<br><br>      v.<br><br>T-MOBILE USA, INC., a foreign corporation,<br><br>             Defendant. | Case No. C 05-03729 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS**<br><br><br>Judge:          Hon. Jeffrey S. White |

## STIPULATION

The parties, through their undersigned counsel of record, hereby stipulate and agree as follows, and jointly request that the Court order the briefing schedule set forth in the Stipulation:

1.     On December 8, 2005, Plaintiffs filed their Motion to Strike T-Mobile's affirmative defense concerning the alleged obligation of Plaintiffs to arbitrate their claims.  Plaintiffs noted their motion for consideration on January 13, 2006.

DAVIS WRIGHT TREMAINE LLP

2.    On December 15, 2005, T-Mobile filed its Motion to Compel Arbitration of Plaintiffs' claims.  T-Mobile noted its motion for consideration on January 20, 2006.

3.    The parties agree that both the Motion to Strike and the Motion to Compel Arbitration should be noted for consideration on January 20, 2006.  Plaintiffs therefore request that the Court re-note their Motion to Strike for January 20, 2006.

4.    The parties further jointly request that, to accommodate counsel's commitments during the holiday season, the Court modify the briefing schedule for both motions, as follows:

Opposition Briefs Due: January 5, 2006

Reply Briefs Due:  January 12, 2006

Noted for Hearing/Consideration:  January 20, 2006 at 9:00 a.m..

5.    In connection with the above requests, the parties further request pursuant to Judge White's Civil Standing Order No. 3 that the Court waive the requirement of Civil Local Rule 7-3(c) that Reply Briefs be filed 14 days prior to the hearing date for the motions, and that the hearing date not be rescheduled for January 27, 2006 to accommodate Civ. L.R. 7-3(c).  The reason for this request is that Stephen M. Rummage, lead and trial counsel for T-Mobile, is unavailable to appear in court on January 27, 2006, as well as the following two Fridays, February 3 and 10, 2006, and the parties desire to resolve the matters at issue in the motions as soon as practicable.

6.    The parties also jointly request that, in the interests of judicial economy, the Initial Case Management Conference, currently scheduled for January 13, 2005, be rescheduled for January 20, 2005 at 9:00 a.m and be conducted following the hearing on the parties' respective pending motions.

| Dated:  December 19, 2005 | Dated:  December 19, 2005 |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendant T-Mobile USA, Inc. | SHORT CRESSMAN & BURGESS<br>Attorneys for Plaintiffs |
| By   _/s/ Joseph E. Addiego III_<br>   Joseph E. Addiego III<br>   CA State Bar No. 169522<br>   Stephen M. Rummage, *pro hac vice* | By   _/s/ Alex Rose_<br>   David Breskin, *pro hac vice*<br>   Alex Rose, *pro hac vice* |

DAVIS WRIGHT TREMAINE LLP

**ORDER**

Having considered the foregoing Stipulation, IT IS SO ORDERED.

DATED this __20th__ day of December, 2005.

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS                    SFO 284404v1 48172-212