| | |
|---|---|
| 1 | JOSEPH E. ADDIEGO III (CA State Bar No. 169522) |
| | DAVIS WRIGHT TREMAINE LLP |
| 2 | One Embarcadero Center, Suite 600 |
| | San Francisco, California  94111 |
| 3 | Telephone:    (415) 276-6500 |
| | Facsimile:     (415) 276-6599 |
| 4 | Email:           joeaddiego@dwt.com |
| 5 | |
| | STEPHEN M. RUMMAGE (*pro hac vice*) |
| 6 | BRADLEY L. FISHER |
| | DAVIS WRIGHT TREMAINE LLP |
| 7 | 2600 Century Square |
| | 1501 Fourth Avenue |
| 8 | Seattle, Washington 98101-1688 |
| | Telephone:    (206) 622-3150 |
| 9 | Facsimile:     (206) 628-7699 |
| | Email:           steverummage@dwt.com |
| 10 |                    bradfisher@dwt.com |
| 11 | Attorneys for Defendant |
| | T-MOBILE USA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN JANDA and MANJIT SINGH, on behalf of themselves and all others similarly situated and as private attorneys general on behalf of the members of the general public residing within the State of California,<br><br>    Plaintiffs,<br><br>    v.<br><br>T-MOBILE USA, INC., a foreign corporation,<br><br>    Defendant. | Case No. C 05-03729 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON T-MOBILE'S MOTION TO STAY AND SUBSEQUENT CASE MANAGEMENT CONFERENCE**<br><br><br>Judge:     Hon. Jeffrey S. White |

**STIPULATION**

Pursuant to Civil Local Rule 7-7 and The Hon. Jeffrey S. White's Standing Civil Order No. 3, the parties, through their undersigned counsel of record, hereby stipulate and agree as follows, and jointly request that the Court enter the below order continuing the hearing on Defendant T-Mobile USA, Inc.'s ("T-Mobile") Motion to Stay and the Further Case Management Conference to June 23, 2006 at 9:00 a.m., as set forth in this Stipulation:

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND SUBSEQUENT CMC        SFO 290385v1 48172-212

1. On April 21, 2006, T-Mobile filed a Motion to Stay the instant action pending resolution of T-Mobile's interlocutory appeal of this Court's Order Denying T-Mobile, USA, Inc.'s Motion to Dismiss and Compel Arbitration and Denying as Moot Plaintiffs' Motion to Strike.

2. T-Mobile noticed its Motion to Stay for May 26, 2006.

3. On April 24, 2006, the Court issued a Clerk's Notice continuing the hearing on T-Mobile's Motion to Stay to June 2, 2006 at 9:00 a.m., and further continuing to that same date and time the Further Case Management Conference, which was previously scheduled for May 26, 2006 at 2:00 p.m.

4. T-Mobile's counsel, Stephen M. Rummage, is not available to attend the hearings on June 2, because he already is scheduled to appear at oral argument in the Washington Court of Appeals in Seattle, Washington that morning.

5. The parties, through their respective counsel, have met and conferred and determined that June 23, 2006, is the first open hearing date on which all counsel are available to appear on the Motion to Stay and Further Case Management Conference.

4. As such, the parties jointly stipulate and request that the Motion to Stay and the Further Case Management Conference be continued to June 23, 2006 at 9:00 a.m.

Dated: May 2, 2006

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant T-Mobile USA, Inc.

By  */s/ Joseph E. Addiego III*
   Joseph E. Addiego III
    CA State Bar No. 169522
   Stephen M. Rummage, *pro hac vice*

Dated: May 2, 2006

SHORT CRESSMAN & BURGESS
Attorneys for Plaintiffs

By  */s/ Alex Rose*
   David Breskin, *pro hac vice*
   Alex Rose, *pro hac vice*

**ORDER**

Having considered the foregoing Stipulation, IT IS SO ORDERED.

DATED this _2_ day of May, 2006.

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE