1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN JANDA, et al.

       Plaintiffs,

  v.

T-MOBILE, USA, INC.,

       Defendant.

_____/

No. C 05-03729 JSW

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

     Having received the mandate from the United States Court of Appeals for the Ninth Circuit, affirming this Court's Order Denying T-Mobile, USA, Inc.'s motion to dismiss or compel arbitration, the Court HEREBY LIFTS THE STAY in this matter.

     The Court FURTHER ORDERS that the parties shall appear for a case management conference on Friday, May 30, 2008 at 1:30 p.m.  The parties' joint case management conference statement shall be due on May 23, 2008.

     **IT IS SO ORDERED.**

Dated: April 24, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE