**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN JANDA, et al.

    Plaintiffs,

v.

T-MOBILE, USA, INC., et al.

    Defendant.

No. C 05-03729 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On June 20, 2008, Defendant T-Mobile, USA, Inc. filed a Motion for Judgment on the Pleadings which is noticed for hearing on September 5, 2008. It is HEREBY ORDERED that Plaintiffs' opposition to the motion shall be due on July 11, 2008. Defendant's reply shall be due on July 25, 2008. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: June 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE