1  David Breskin (admitted Pro Hac Vice)
Daniel Johnson
2  BRESKIN JOHNSON & TOWNSEND, PLLC
3  999 Third Avenue, Suite 4400
Seattle, Washington 98104-4088
4  (206) 652-8660

5  William Houck (admitted Pro Hac Vice)
6  HOUCK LAW FIRM, P.S.
4045 262nd Ave. SE
7  Issaquah, Washington 98029
8  (425) 392-7118

9  R. Hunter Pyle
SUNDEEN, SALINAS & PYLE
10  1330 Broadway, Suite 1830
11  Oakland, CA  94612
(510) 663-9240
12
Attorneys for Plaintiffs
13  KEVIN JANDA and
14  MANJIT SINGH,
and all others similarly situated

15

16

17                       UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
18                         SAN FRANCISCO DIVISION

19
KEVIN JANDA and MANJIT SINGH, et
20  al.
                  Plaintiffs,            NO. C 05-03729 JSW
21
      v.                                 STIPULATED REQUEST FOR
22                                        CHANGING BRIEFING SCHEDULE
T-MOBILE USA, INC., a foreign             RE: DEFENDANT'S MOTION FOR
23  corporation,                          JUDGMENT ON THE PLEADINGS

24
                  Defendant.             Judge:  Hon. Jeffrey S. White
25

26


STIPULATION FOR CHANGE OF BRIEFING SCHEDULE, RE: DEFENDANT'S MOTION
FOR JUDGMENT ON THE PLEADINGS  (C 05-03729 JSW) - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## I.  STIPULATION

Pursuant to Civil Rule 6.2, the parties, through their counsel of record, stipulate to

entry of an order that changes the briefing schedule set forth by the Court's Order on

Defendant's Motion for Judgment on the Pleadings as follows:

1.      Plaintiffs' Response to the Motion would be filed by August 15, 2008

instead of July 11, 2008.

2      Defendant's Reply to the Motion would be filed by August 29, 2008,

instead of July 25, 2008.

3.      The hearing date, oral argument and date for the parties' next status

conference would be September 12, 2008.[1]

So Stipulated to this 27th Day of June, 2008:

By___*s/ David E. Breskin*_____
David E. Breskin, WSBA No. 10607
BRESKIN JOHNSON & TOWNSEND LLP
4400 Wells Fargo Cntr.
999 Third Ave.
Seattle, Washington 98104
(206) 652-886

William Houck
HOUCK LAW FIRM, P.S.
4045 262nd Ave. SE
Issaquah, Washington 98029
(425) 392-7118

R. Hunter Pyle
SUNDEEN, SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA  94612
(510) 663-9240

---

[1] The Stipulation is not intended to prevent either party from raising with the Court any other
matter by motion.

STIPULATION FOR CHANGE OF BRIEFING SCHEDULE, RE: DEFENDANT'S MOTION
FOR JUDGMENT ON THE PLEADINGS  (C 05-03729 JSW) - 2

1   Attorneys for Plaintiffs
    KEVIN JANDA and
2   MANJIT SINGH,
    and all others similarly situated
3

4

5   By: _____.
    Joseph E. Addiego III
6   Davis Wright Tremaine LLP
    One Embarcadero Cenber,Suite600
7   San Francisco, California 94111
    415-276-6515
8

9   Stephen M. Rummage
    Bradley L. Fisher
10  DAVIS WRIGHT TREAMINE, LLP
    2600 Century Square
11  1501 Fourth Avenue
    Seattle, WA  98101
12  (206) 622-3150
13

14  Attorneys for Defendant
    T-Mobile USA, Inc.
15

16
                            **II.  ORDER**
17

18          It is so Ordered.

19          Dated this 30 Day of June, 2008.

20                                  By: _____.
                                    THE HONORABLE JEFFERY S. WHITE
21                                  U.S. DISTRICT COURT JUDGE

22

23

24

25

26

STIPULATION FOR CHANGE OF BRIEFING SCHEDULE, RE: DEFENDANT'S MOTION
FOR JUDGMENT ON THE PLEADINGS  (C 05-03729 JSW) - 3