IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN JANDA, et al.

    Plaintiffs,

v.

T-MOBILE USA, INC.,

    Defendant.

No. 05-03729 JSW

**ORDER VACATING HEARING DATE ON MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO TRANSFER**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the Motion for Judgment on the Pleadings and the Motion to Transfer, which have been noticed for hearing on Friday, September 12, 2008 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers. In addition, the further case management conference scheduled for that date also is VACATED and shall be reset, if necessary, after the Court has ruled on the motions.

**IT IS SO ORDERED.**

Dated: September 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE