Stephen M. Rummage (admitted *Pro Hac Vice*)
Fred B. Burnside (admitted in Northern District)
DAVIS WRIGHT TREMAINE LLP
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
Telephone: (206) 757-8436
Facsimile: (206) 757-7700
Email: steverummage@dwt.com
fredburnside@dwt.com

Joseph Addiego (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

Attorneys for T-MOBILE USA, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN JANDA and MANJIT SINGH, et al., | ) Case No. C 05-03729 JSW |
| Plaintiffs, | ) |
| v. | ) **STIPULATED REQUEST FOR** |
|  | ) **CHANGING BRIEFING SCHEDULE RE:** |
| T-MOBILE USA, INC., a foreign corporation, | ) **DEFENDANT'S MOTION TO DISMISS** |
|  | ) **AND RE: CASE MANAGEMENT** |
| Defendant. | ) **CONFERENCE DATE** |
|  | ) |
|  | ) Judge: Hon. Jeffrey S. White |

1

STIPULATION
Case No. C 05-03729 JSW
DWT 12240055v1 0048172-000212

## I. STIPULATION

Pursuant to Civil Rule 6.2, the parties, through their counsel of record, stipulate to entry of an Order that changes the briefing schedule set forth by the Court's Order Granting in Part and Denying in Part Defendant's Motion for Judgment on the Pleadings (Dkt # 109), for the reasons set forth in the Burnside Declaration, and subject to the Court's approval, as follows,:

1. Defendant will file its Motion to Dismiss the Second Amended Complaint by January 9, 2009.

2  Plaintiffs' Response to the Motion will be filed by February 3, 2009.

3. Defendant's Reply will be filed by February 13, 2009.

4. Defendant's Motion to Dismiss will be noted on the Motion Calendar for consideration on February 27, 2009.

5. The parties' Case Management Conference will be re-scheduled for February 27, 2009, rather than February 6, 2009.

So Stipulated to this 18th day of December 2008:

By    *s/ David E. Breskin*
David E. Breskin, WSBA No. 10607
BRESKIN JOHNSON & TOWNSEND LLP
4400 Wells Fargo Cntr.
999 Third Ave.
Seattle, Washington 98104
(206) 652-886

William Houck
HOUCK LAW FIRM, P.S.
4045 262nd Ave. SE
Issaquah, Washington 98029
(425) 392-7118

R. Hunter Pyle
SUNDEEN, SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612
(510) 663-9240

Attorneys for Plaintiffs
KEVIN JANDA and
MANJIT SINGH,
and all others similarly situated

DAVIS WRIGHT TREMAINE LLP

By: /s/ Fred B. Burnside.
Stephen M. Rummage
Fred B. Burnside
Bradley L. Fisher
DAVIS WRIGHT TREAMINE, LLP
1201 3rd Ave., Suite 2200
Seattle, WA 98101
(206) 622-3150

Joseph E. Addiego III
Davis Wright Tremaine LLP
One Embarcadero Cenber,Suite600
San Francisco, California 94111
415-276-6515

Attorneys for Defendant
T-Mobile USA, Inc.

## II. ORDER

It is so Ordered.

Dated this 19 day of December 2008
       th

By: __Jeffrey S. White__
THE HONORABLE JEFFERY S. WHITE